Todd D. Gunderson
GUNDERSON LAW FIRM
2822 3rd Avenue North
P. O. Box 926
Billings, Montana 59103
Phone: (406) 252-2177
tgundylaw@gundylawfirm.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONALD TANGWALL, individually in his capacity as a Trustee of the Toni 1 Trust,<br><br>    Plaintiff,<br>-vs-<br> -vs-<br><br>WILLIAM WACKER and BARBARA WACKER<br>    Defendants. | CV 18-00165-BLG-SPW-TJC<br><br>**AFFIDAVIT** |

STATE OF MONTANA )
        : ss.
County of Lewis and Clark

  THOMAS BRUNER, being first duly sworn upon oath, deposes and says:

1.  I am the Deputy Clerk of the Montana Supreme Court.

2.  I am a custodian of records for the Montana Supreme Court.

3.  I have made a search of the records relating to the admission of Mr. Todd Duane Gunderson to the State Bar of Montana and practice before the courts of Montana.

3.  Todd D. Gunderson was admitted to the State Bar of Montana on October 22, 1986, and he has been a member of the State Bar of Montana in good standing since that time.

4.  In compliance with Mont. Code Ann. § 37-61-211, the State Bar of Montana collects the license tax on behalf of the Montana Supreme Court each year from the annual fees and assessments paid by its members, for issuance and maintenance of a license to practice law in the State of Montana. Mr. Gunderson is current on his dues to the State Bar of Montana.

5.  As a member in good standing of the State Bar of Montana, Todd D. Gunderson is licensed to practice law in the State of Montana, and has been licensed to do so since he was admitted to the State Bar of Montana on October 22, 1986.

6. Mr. Todd Gunderson is in good standing before the courts of Montana. A certificate of good standing is attached to this affidavit.

DATED  18 Mar 19

Thomas Bruner
Deputy Clerk of the Montana Supreme Court

State of Montana
County of Lewis and Clark

SUBSCRIBED and SWORN to before me this 18th day of March, 2019.

(SEAL)
LORRIE COLE
NOTARY PUBLIC for the
State of Montana
Residing at Helena, Montana
My Commission Expires
August 11, 2019

Notary Public
LORRIE COLE

PAGE 2 OF 2



# Certificate of the Clerk of the Supreme Court of the State of Montana

I, __BOWEN GREENWOOD__, Clerk of the Supreme Court of the State of Montana, do hereby certify that __TODD D. GUNDERSON__ __of Billings, Montana__ was on the __18th__ day of __March__, __2019__ duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his/her name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court, this __6th__ day of __March__, 20__19__

_____
Clerk of the Supreme Court