Donald Tangwall, Pro Se
PO Box 140118
Salcha, Alaska 99714
907-460-4745

OCT 0 1 2019

**Clerk, U.S. Courts**
**District of Montana**
**Billings Division**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

DONALD TANGWALL, individually in his        CV-18-00165-BLG-SPW-TJC
Capacity as a Trustee of the Toni 1 Trust,

       Plaintiff,

Vs.

WILLIAM WACKER, individually, jointly and
severally; BARBARA WACKER, individually,
jointly and severally,

       Defendants.

### PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO STRIKE

NOW COMES Donald Tangwall, individually in his capacity as a trustee of the Toni 1 Trust, and shows his reply as follows:

1.    The key issue in this case: Did the Montana court have jurisdiction over the Toni 1 Trust?

1

2.      It is axiomatic that if the Wackers' were to sue the Toni 1 Trust they must name and serve the trustee of the Toni 1 Trust a copy of the summons and complaint.

3.      The Wackers admitted at the time they sued the Toni 1 Trust they did not know who the trustees of the Toni 1 Trust were. They just took a default.

WHEREFORE, it is very clear there is no debate. The trustees of the Toni 1 Trust were never named or served a copy of the summons and complaint. The Montana court never obtained jurisdiction over the Toni 1 Trust for the Wackers' failure to name and serve the trustees.

Donald Tangwall

Certificate of Service

I hereby certify that a copy of the foregoing was served upon all parties via first class mail, postage pre-paid on this 27th day of September, 2019.

Todd Gunderson
Gunderson Law Firm
PO Box 926
Billings, Montana 59103

Donald Tangwall